BEFORE THE SECOND DIVISION, NOVEMBER 16, 1961

No. 66212.—Norman G. Jensen, Inc. *v.* United States, protests 59/6611 and 59/6612 (Duluth).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of mink food grinders similar in all material respects to those subject of Abstract 62415, the claim of the plaintiff was sustained.

No. 66213.—Chadwick Miller Importers, Inc. *v.* United States, protests 60/16357 and 60/19213 (Boston).

Opinion by FORD, J. In accordance with the stipulation of counsel that the merchandise consists of vacuum brushes similar in all material respects to those the subject of Abstract 65747, the claim of the plaintiff was sustained.